UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>SANDRA LAIKAM-COOK, et al,.<br><br>Defendant. | 1: 09 CV 00353 LJO  DLB<br><br>SCHEDULING ORDER (Fed.R.Civ.P 16)<br><br>Settlement Conference:<br>September 17, 2009 at 10:00 a.m.<br>Courtroom 9 |

**I.      Date of Scheduling Conference**

June 11, 2009.

**II.     Appearances of Counsel**

Jason Love appeared on behalf of Plaintiff in Interpleader Reassure America Life Insurance Company.

Douglas V. Thornton appeared on behalf of Defendants in Interpleader, Sandra Laikam-Cook and Julie Lynn Laforga

Richard Sordello appeared on behalf of Defendant in Interpleader Carmen V. Laikam.

1

### III. Dismissal of Plaintiff in Interpleader

Defendants in Interpleader agree that Plaintiff should and will be dismissed from this action. A stipulation and proposed order to that effect shall be submitted to the Court on or before June 30, 2009.

### IV. Settlement Conference

A Settlement Conference is scheduled for September 17, 2009 at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail to DLBOrders@caed.uscourts.gov, a Confidential Settlement Conference Statement. The statement **should not be filed** with the Clerk of the Court **nor served on any other party,** although the parties may file a Notice of Lodging of Settlement Conference Statement  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A. A brief statement of the facts of the case.

B. A brief statement of the claims and defenses, i.e., statutory or other

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements. To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

        C.  A summary of the proceedings to date.

        D.  An estimate of the cost and time to be expended for further discovery, pretrial and trial.

        E.  The relief sought.

        F.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

**Dated:**   **June 19, 2009**                   **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE