# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>vs.<br><br>SANDRA LAIKAM-COOK, an individual; CARMEN V. LAIKAM, an individual; JULIE LYNN LAFORGA, an individual; and DOES 1 to 25, Inclusive,<br><br>        Defendants-in-Interpleader. | CASE NO. 1:09−CV−00353−LJO−DLB<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>**1. DISCHARGE AND DISMISSAL WITH PREJUDICE AS TO REASSURE;**<br>**2. AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS IN THE AMOUNT OF $7317.73 TO REASSURE; AND**<br>**3. PERMANENT INJUNCTION;** |

Having considered the stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

Plaintiff-in-Interpleader Reassure America Life Insurance Company ("Reassure") and its agents are discharged of all liability with respect to life insurance policy number 110003076 insuring the life of David George Laikam (the "Initial Policy") and flexible premium adjustable life insurance policy number 1100017861 insuring the life of David George Laikam (the "Policy") or the proceeds of the Policy and are discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Initial Policy and the Policy;

Defendants-in-Interpleader and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or action of any kind whatsoever, against Reassure with respect to the Initial Policy, the Policy, and the proceeds of the Policy;

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\windows\temp\notes101aa1\stipulation of dismissal - proposed order.doc

Reassure is dismissed from this action with prejudice as to all claims relating to the Initial Policy, the Policy, and the proceeds of the Policy; and

That Reassure is awarded its reasonable attorneys' fees and costs in the amount of $7,317.73, which Reassure was forced to incur in bringing its interpleader action, and which amount is to be paid from the interpled funds currently on deposit with this Court.

**IT IS SO ORDERED.**

Dated:  _June 26, 2009                    _/s/ Lawrence J. O'Neill_____
                                          Honorable Lawrence J. O'Neill
                                          United States District Judge