**Douglas V. Thornton, Bar # 154956**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**2222 West Shaw Avenue, Suite 202**
**Fresno, California 93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**

Attorney for: SANDRA LAIKAM-COOK and JULIE LYNN LAFORGA

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

* * *

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>            Plaintiff-in-Interpleader,<br><br>v.<br><br>SANDRA LAIKAM-COOK, an individual; CARMEN V. LAIKAM, an individual; JULIE LYNN LAFORGA, an individual; and DOES 1 to 25, Inclusive,<br><br>            Defendants-in-Interpleader. | Case No.:  1:09-CV-00353-LJO-DLB<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

Based on the parties' Stipulation to Continue Mandatory Settlement Conference, and good cause appearing,

IT IS HEREBY ORDERED that:

The Mandatory Settlement Conference of this matter, currently set for October 6, 2009, is vacated and continued to November 18, 2009, at 10:00 a.m., in Department 9.

IT IS SO ORDERED.

Dated:   **September 23, 2009**            /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE

PERKINS, MANN &
EVERETT, APC

1

{00008844.DOC;1}

---
**Order Continuing Mandatory Settlement Conference**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28