UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE CO.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SANDRA LAIKAM-COOK, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　/ | CASE NO. CV F 09-0353 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

Settlement was reached at the January 4, 2010 settlement conference yet this action has not been dismissed. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than February 24, 2010, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:　February 11, 2010**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE