1 | RICHARD J. SORDELLO, JR., SBN 155068
2 | LORI A. REIHL, SBN 246395
   | Our File No. LA118.52354
3 | CURTIS LEGAL GROUP
   | A Professional Law Corporation
   | 1300 K Street, Second Floor
4 | Post Office Box 3030
   | Modesto, CA 95353
5 | Telephone: (209) 521-1800
   | Facsimile: (209) 572-3501
6 |
   | Attorneys for Defendant Carmen V. Laikam
7 |

**FILED**

FEB 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

REASSURE AMERICA LIFE                    CASE NO. 1:09-CV-00353-LJO-DLB
11  INSURANCE COMPANY,

12              Plaintiff,                ORDER DIRECTING PAYMENT OF
                                         FUNDS DEPOSITED IN COMPLAINT-
13  vs.                                  IN-INTERPLEADER AND DISMISSING
                                         ACTION
    SANDRA LAIKAM-COOK, an individual;
14  CARMEN V. LAIKAM, an individual;
    JULIE LYNN LAFORGA, an individual,
15  DOES 1 TO 25, inclusive.

16              Defendants.
                                    /
17

18       This matter having proceeded to Settlement Conference before the Honorable

19  Dennis L. Beck, United States Magistrate Judge, on January 4, 2010, and the parties

20  herein having reached an agreement for settlement of this entire action at the

21  Settlement Conference, and former plaintiff-in-interpleader, Reassure America Live

22  Insurance Company having previously deposited with this court a check in the amount

23  of $152,056.85, and plaintiff-in-interpleader having subsequently been discharged and

24  dismissed with prejudice from this action and having been awarded attorneys' fees and

25  costs in the amount of $7,317.73,

26       IT IS NOW, THEREFORE, ORDERED that the remaining balance of the

27  interplead funds, representing the disputed policy proceeds be distributed by the clerk

28  of the court via defendants' respective counsel as follows:

ORDER DIRECTING PAYMENT OF FUNDS DEPOSITED IN COMPLAINT-IN-INTERPLEADER AND DISMISSING ACTION                    1

1.   Draft in the total amount of $18,500.00 made payable to defendant Sandra Lalkam-Cook.

2.   Draft in the total amount of $18,500.00 made payable to defendant Julie Lynn Laforga.

3. .  Draft for the entire remaining balance of the interplead funds plus all accrued interest to date, less deductions of the sums listed in nos. 1 and 2 above, payable to defendant Carmen V. Lalkam.

IT IS ALSO ORDERED that, following distribution of the interplead funds as noted herein, this action is hereby dismissed in its entirety with prejudice.

Dated: _12 February 2010_                    _/s/ Dennis L. Beck_
                                             UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND CONTENT.

Dated: January \_\_, 2010              CURTIS LEGAL GROUP
                                      A Professional Law Corporation

                                      By: _____
                                          RICHARD J. SORDELLO JR.
                                          Attorneys for Defendant Carmen V. Lalkam

Dated: _Jan 10_, 2010                 PERKINS, MANN & EVERETT

                                      By: _____
                                          DOUGLAS V. THORNTON
                                          Attorneys for Defendants Sandra Lalkam-
                                          Cook and Julie Lynn Laforga

ORDER DIRECTING PAYMENT OF FUNDS DEPOSITED IN COMPLAINT-IN-INTERPLEADER AND DISMISSING ACTION                    2

1  RICHARD J. SORDELLO, JR., SBN 155068
   LORI A. REIHL, SBN 246395
2  Our File No. LA118.52354
   CURTIS LEGAL GROUP
3  A Professional Law Corporation
   1300 K Street, Second Floor
4  Post Office Box 3030
   Modesto, CA 95353
5  Telephone: (209) 521-1800
   Facsimile:  (209) 572-3501
6
   Attorneys for Defendant Carmen V. Laikam
7

8                 UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10
    REASSURE AMERICA LIFE                    CASE NO. 1:09-CV-00353-LJO-DLB
11  INSURANCE COMPANY,

12             Plaintiff,                    CERTIFICATE OF SERVICE

13  vs.

14  SANDRA LAIKAM-COOK, an individual;
    CARMEN V. LAIKAM, an individual;
15  JULIE LYNN LAFORGA, an individual,
    DOES 1 TO 25, inclusive.

16             Defendants.

17  _____/

18           CERTIFICATE OF SERVICE VIA U.S. MAIL

19  The undersigned declares:

20      I am over the age of eighteen years, not a party to this action, and my business

21  address is:  1300 K Street, Second Floor, Modesto, California 95354.

22      On February 11, 2010, I served the **ORDER DIRECTING PAYMENT OF FUNDS**

23  **DEPOSITED IN COMPLAINT-IN-INTERPLEADER AND DISMISSING ACTION**

24  **[Proposed] on** the parties in said action, in accordance with Rule 5 of the Federal

25  Rules of Civil Procedure, by placing a true copy thereof enclosed in a sealed envelope

26  in a designated area for outgoing mail, addressed as follows:

27      Martin E. Rosen
        Barger & Wolen, LLP
28      633 West Fifth Street, 47th Floor
        Los Angeles, CA 90071

CERTIFICATE OF SERVICE - 1

1
2    Douglas V. Thornton
     Perkins, Mann & Everett
3    2222 West Shaw Avenue, Suite 202
     Fresno, CA 93711

4    In the ordinary course of business at the law offices of Curtis Legal Group, mail placed

5    in that designated area is given the correct amount of postage and is deposited that

6    same day in a United States Postal Service mailbox in Modesto, California.

7          I am employed in the office of a member of the bar of this court at whose

8    direction the service was made. This declaration is executed on February 11, 2010.

9

10                                              Barbara Castro

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     CERTIFICATE OF SERVICE - 2